IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELINA TILLMAN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 12-1505 |
| REDEVELOPMENT AUTHORITY OF THE CITY OF PHILADELPHIA, | : | |
| Defendant. | : | |

**O R D E R**

AND NOW, this 11th day of October, 2013, upon consideration of Defendant, Redevelopment Authority of the City of Philadelphia's ("PRA"), Motion for Summary Judgment (Doc. No. 15) filed against Plaintiff, Angelina Tillman ("Tillman"), Tillman's Response, and PRA's Reply, it is hereby **ORDERED** that said Motion is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE